PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| XIN FANG, | CASE NO. 2:22-CV-01915-KJM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO HOLD CASE IN TEMPORARY ABEYANCE |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ET AL., | |
| Defendants. | |

The Defendants respectfully request to hold this case in temporary abeyance through May 18, 2023, and counsel for Plaintiffs does not oppose.

This case concerns Plaintiff's application for asylum, which has been pending with U.S. Citizenship and Immigration Services (USCIS) since January 9, 2017. Plaintiff is currently scheduled for an interview on this application on January 18, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application and USCIS will endeavor to do so within 120 days of the completion of the interview.

The parties therefore stipulate that this matter be held in temporary abeyance through May 18, 2023. The parties further request that all other filing deadlines be similarly vacated, and the currently scheduled initial scheduling conference, set for March 9, 2023, be vacated and reset.

Respectfully submitted,

Dated:  December 1, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JOHN KIANG
JOHN KIANG
Counsel for Plaintiffs

ORDER

It is so ordered.

DATED:  December 5, 2022.

CHIEF UNITED STATES DISTRICT JUDGE